**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**DANNY M. REAMS, JR.**
________________________________/

**SEALED INDICTMENT**

4:25cr2-AW

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about September 5, 2024 and on or about September 8, 2024, in the Northern District of Florida and elsewhere, the defendant,

**DANNY M. REAMS, JR.,**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

**COUNT TWO**

On or about June 3, 2024, in the Northern District of Florida and elsewhere, the defendant,

**DANNY M. REAMS, JR.,**

FILED USDC FLND TL
JAN 7 '25 PM3:03

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

**COUNT THREE**

Between on or about August 29, 2024 and August 30, 2024, in the Northern District of Florida and elsewhere, the defendant

**DANNY M. REAMS, JR.,**

did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped and transported using any means or facility of interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

**COUNT FOUR**

On or between June 3, 2024 and September 8, 2024, in the Northern District of Florida, the defendant

**DANNY M. REAMS, JR.,**

did knowingly possess material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2428. From his engagement in the violations alleged in Counts One through Four of this Indictment, the defendant,

**DANNY M. REAMS, JR,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all of his interest in:

A. Any property, real or personal, used or intended to be used to commit or facilitate the commission of the violations alleged in Counts One through Four of this Indictment; and

B. Any property, real or personal, constituting or derived from any proceeds traceable to, or proceeds obtained directly or indirectly as a result of, the violations alleged in Counts One through Four of this Indictment.

C. If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of the Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2428(2), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any

other property of the defendant up to the value of any forfeitable property described above.

A TRUE BILL:

Redacted

1/7/25
DATE

JASON COODY
United States Attorney

ERIC W. WELCH
Assistant United States Attorney