IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 4:25-cr-2-AW-MAF

DANNY M. REAMS
_______________________________/

## STATEMENT OF FACTS

Defendant Danny M. Reams admits the following facts are true and establish his commission of the offenses beyond a reasonable doubt.

On June 3, 2024, an administrator for Instagram submitted a cybertip to the National Center for Missing and Exploited Children (NCMEC). According to CyberTipline report #194732091, an individual using the Instagram account "dannyreams" uploaded a file of apparent child pornography or child sexual abuse material (CSAM) in a chat. The owner of Instagram account "dannyreams" was identified as "Danny Reams," with an associated email address of reamsd92@yahoo.com. Investigators with the Tallahassee Police Department (TPD) obtained a search warrant to view the contents of the cybertip. Investigators, pursuant to the view-tip warrant, confirmed that the uploaded image depicted a prepubescent female (age 7-10) with several adult males ejaculating on her face.



FILED IN OPEN COURT THIS
5/1/25 cm
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

On July 1, 2024, Discord submitted CyberTip #195989730 to NCMEC. According to the cybertip, Discord user ".cptbrimstone," with an associated email address of flghost5092@gmail.com, uploaded file "Screenshot_20240628-030607_Gallery.jpg" that same day. Discord included the file in the cybertip, and it appeared to be the same image as the image from the June 3rd Instagram cybertip. Investigators later determined that the IP address for both cybertips was assigned to Danny Reams.

On July 8, 2024, Leon County Sheriff's Office (LCSO) investigators obtained a search warrant for Instagram account "dannyreams." During their subsequent search of the defendant's Instagram account, investigators found the image from the June 3rd NCMEC cybertip in the Unified Messages section. In those messages, the defendant was having a conversation with another Instagram user about meeting up for sexual intercourse. The user told the defendant that she had children with her and asked the defendant to get the children a game card. The defendant then asked the ages of children. The user replied "[t]hey are 3 kids all male 12, 15, 9." The defendant responded "[t]hey will get group bang too." Later in the conversation, the defendant said "I'm ready to fuck the 12 year old" and "We love to gangbang anyone." The defendant then sent the image from the June 3rd NCMEC cyber tip.

Between September 5-7, 2024, LCSO conducted an undercover online chat operation aimed at adults who were targeting minors for sex. The investigators used the persona of a 14-year-old female (UC) and posted an ad on Reddit in the subsection "Tallahassee Hookup." The UC made a post and then began chatting with an individual with the username "Ok_Aioli_6961." Ok_Aioli_6961 provided a photograph in the Reddit chat, which investigators recognized as the defendant from previous ICAC investigations. The defendant and the UC had the following conversation on Reddit:

Defendant: Oh. You in college?

UC: no not yet

Defendant: What major are you going for

UC: whats a major

Defendant: It's like the main thing you're trying to focus on for when you graduate so like nursing or doctor or lawyer

UC: oh im in hs

Defendant: ahh

UC: r u mad

Defendant: Ahh

UC: r u mad

Defendant: No

UC: ok I just didn't want them to kick me out

Defendant: My main thing is that you feel safe and comfortable

UC: ya I just was afraid they would get mad at me in the group

Defendant: About?

UC: not being 18 yet

Defendant: Oh. The site would

The UC then asked the defendant if he would text her because she was afraid someone was reporting her. The UC provided the defendant a phone number. The UC then immediately received a text from 850-299-6996, and the messaging conversation continued. The UC asked whether the defendant lived in Tallahassee, and he responded that he did and provided his address – 1525 Amherst Street. The UC then asked:

UC: what do you wanna do

Defendant: We can hang out we can try things do whatever you want to do

UC whatre u into

Defendant: I can comfortably say literally everything

UC: like whattt

Defendant: Like I like to give and receive oral I like anal

UC: whats that like does it hurt???

Defendant: Honestly it does the first time but if you keep up at it it doesn't

The defendant then continued the conversation, asking the UC "what are you going to do"? The UC responded, telling the defendant she hadn't kissed a boy before. The Defendant then said:

Defendant: We can do that if you want like I said it's whatever you're comfortable with

UC: ok what things do u think

UC: idk this stuff

Defendant: Like we can start off with a kiss and see how you feel if you want to keep going we can do more if you don't we can stop and just hang out

UC: okkk u know I'm 14 is that ok I'm not experienced

Defendant: It's fine . . . I always wanted to fuck a younger girl

UC: rlly?!?

Defendant: Yea

Defendant: But I want (sic) pressure you into it

Defendant: Won't

UC: does it hurt tho

Defendant: I honestly couldn't say

UC: can u explain what it would be like

Defendant: Well I would rip your hymen so there would be some pain there and he was (sic) just feel yourself stretch

UC: oh wow what else would we do!

Defendant: A blow job

The conversation then continued, and the UC and the defendant agreed to a predetermined meeting location. The defendant also sent the UC a picture of the blue Ford Ranger truck he would arrive in. The defendant subsequently traveled to the meeting location in the same blue Ford Ranger whereupon arriving, he was taken into custody.

On September 9, 2024, law enforcement obtained a search warrant for the black Nokia cellphone seized from the defendant's vehicle. During their review of the contents of the phone, law enforcement discovered the Reddit application, which contained the messages between the defendant and the UC. Law enforcement also found the Text Now application. The user information was assigned to the defendant, and the last message in the application was with the UC's phone number. Additionally, the Google Maps application was on the defendant's phone, and the last address searched was the address of the agreed upon meet-up location with the UC.

Additionally, law enforcement found several files of child pornography in the Google Photos application in a folder labeled "Movies." The following are descriptions of the files in the Movies folder:

File name: session-2024--08-30-004917.webm

Description: An eleven (11) second video of a prepubescent female, approximately 6-8 years-old, laying on her side with her pants pull down revealing her vagina and anus in a lewd manner.

File name: session-2024--08-30-002324.mp4
Description: A forty-five (45) second video of an adult male inserting his penis into an approximately 3–5-year-old prepubescent female's vagina and having sexual intercourse with her. The prepubescent female appears to have a blanket in her mouth to muffle her crying.

File name: session-08-30-015856.mp4
Description: A thirty-six (36) second video of a pubescent female, approximately 12-14 years-old recording herself removing her underwear and exposing her vagina and anus in a lewd manner.

File name: session- 2024-08-30-021329.mp4
Description: A forty-three (43) second video of a naked prepubescent female, approximately 7-10 years-old, on her stomach with her pelvis raised in the air exposing her vagina and anus. An adult is inserting a sex toy in her anus.

Finally, law enforcement also discovered the application "Sessions" on the defendant's phone. Sessions is a private messaging app that emphasizes user privacy and anonymity. On August 29, 2024, the defendant had a conversation with another Sessions user – "Buck." In the conversation, "Buck" says "I have some limitless irl refs" if you're interested," to which the defendant responded, "Yes." The two then sent each other child pornography, including the four videos mentioned previously that the defendant saved in the Google Photos App. Buck first sent the defendant a media file that consisted of seven different images of close ups of a prepubescent

female, approximately age 3-6 years-old, in a grid pattern. The images were of a prepubescent vagina and breasts. Buck then sent the defendant four images in a grid pattern of a prepubescent female (age 7-10) posing partially nude in a lewd manner. Buck then asked the defendant:

Buck: Do you have anything you can send in return

Defendant: I have hentai pics

Buck: I have a ton more

The defendant then responded by sending anime pornography. Buck then sent the defendant a third image containing child pornography that consisted of six different images of a prepubescent minor, approximately 13-15 years-old, lying on her back with her vagina exposed in a lewd manner.

At 12:23 am the next day, Buck sent the defendant video session-2024--08-30-002324.mp4 referenced above, which was found in the defedant's Google Photos Movie folder. The defendant replied "omg yes."

At 1:02 am, Buck sent the defendant another grid style image with 20 images. Some of the images were of a pubescent female, approximately 12-14 years-old, and a prepubescent female, approximately age 7-9 years-old. Several of those images showed the females with their legs spread, exposing their vaginas.

At 1:20 am, Buck sent the defendant two more grid style images containing 20 images each. The first grid image contained 10 close-up pictures of an

approximately 8–11-year-old prepubescent female's vagina. In one image, the female is naked from the waist down and inserting a paint brush in her anus. In the second grid, a prepubescent female, approximately 9-12 years-old is fully nude and inserting a hairbrush in her vagina and anus.

The defendant then sent Buck an image of a nude pubescent female, approximately age 9-13 years old. The female used a mirror to take the picture of herself, and her head was not visible. The image was saved to the defendant's Google Photos.

At 1:52am, Buck sent the defendant a twenty-nine (29) second video of a pubescent female, approximately 10-14 years old. The female was fully nude and rubbing her vagina with her hand.

At 2:05 am, Buck sent the defendant another grid style image with 6 images of pubescent and prepubescent females who were between approximately 7-14 years-old laying down with their legs spread, exposing their vaginas.

At 2:34 am, Buck sent the defendant a fifty-six (56) second video of a pubescent female, approximately 12-14 years-old. In the video, the female is fully nude and rubs her vagina in a lewd manner and inserts her finger in her anus.

**FORFEITURE**

The black Nokia cell phone described above contains child pornography, which was produced, transported, mailed, shipped or received in violation of Title

18, or was used to promote, or was intended to promote the commission of the offense under Title 18, United States Code § 2252A.

**ELEMENTS**

**Attempted Enticement of a Minor – 18 U.S.C. § 2422(b) (Count 1)**

1) The Defendant knowingly persuaded, induced, enticed, or coerced the individual named in the indictment to engage in sexual activity, as charged;
2) The Defendant used the mail or any facility or means of interstate or foreign commerce to do so;
3) When the Defendant did these acts, the individual named in the indictment was less than 18 years-old; and
4) One or more individuals engaging in the sexual activity could have been charged with a criminal offense under the law of Florida.[1]

**Distribution of Child Pornography – 18 U.S.C. § 2252A(a)(2) (Count 2)**

1) The Defendant knowingly distributed an item or items of child pornography;
2) The item(s) of child pornography had been transported, shipped, or mailed in interstate or foreign commerce, including by computer; and
3) When the Defendant distributed the item(s), the Defendant believed item(s) was/were/contained child pornography.
4)

**Receipt of Child Pornography – 18 U.S.C. § 2252A(a)(2) (Count 3)**

1) The Defendant knowingly received an item or items of child pornography;

---

[1] In Florida, a person commits lewd and lascivious battery by engaging in sexual activity with a person 12 years of age or older but less than 16 years of age. F.S.S. § 800.04(4)(a)(1). Sexual activity means the oral, anal, or female genital penetration by, or union with, the sexual organ of another. F.S.S. § 800.04(1)(d). Further, a person also commits lewd and lascivious molestation in Florida if the person intentionally touches in a lewd or lascivious manner the breasts, genitals, genital area, or buttocks or the clothing covering them of person less than 16 years of age or entices such person to so touch the perpetrator. F.S.S. § 800.04(5)(a).

2) The item(s) of child pornography had been transported, shipped, or mailed in interstate or foreign commerce, including by computer; and
3) When the Defendant received the item(s), the Defendant believed item(s) was/were/contained child pornography.

MICHELLE SPAVEN
Acting United States Attorney

JANESE M. CARUTHERS
Attorney for Defendant

5/1/2025
Date

ERIC W. WELCH
Virginia Bar No. 71544
Assistant U.S. Attorney
Northern District of Florida
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
850-942-8430
eric.welch@usdoj.gov

DANNY M. REAMS
Defendant

5/1/2025
Date

5/1/2025
Date